UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MELCHISDECH GREEN** <br> REG. # 12681-035 | : | **CIVIL ACTION NO. 2:19-cv-0008** |
| **VERSUS** | : | **JUDGE JAMES** |
| **BRUCE E. BLACKMON** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 25] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant petition for writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** in Chambers this 3rd day of April, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE